UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

PEARSON EDUCATION, INC.,
JOHN WILEY & SONS, INC.,
THOMSON LEARNING INC., AND
THE MCGRAW-HILL COMPANIES, INC.,

      Plaintiffs,

 -against-      07 Civ. 4547

MUSHFIQ SALEHEEN D/B/A BOOKS777
D/B/A BOOKDEALS777 D/B/A
BOOKS11111 D/B/A SHUVO123456
D/B/A BOOKS22222 and JOHN DOE
NOS. 1-5,

      Defendants.

- - - - - - - - - - - - - - - - - - x

**JUDGE KOELTL**

**07 CIV 4547**

RECEIVED MAY 30 2007 U.S.D.C. S.D.N.Y. CASHIERS

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Thomson Learning Inc. (a private, non-governmental party) certifies that the following publicly-held corporation owns the stock of the said party:

    The Thomson Corporation

DATE: 5/29/07

            William Dunnegan
            SIGNATURE OF ATTORNEY