UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

PEARSON EDUCATION, INC.,
JOHN WILEY & SONS, INC.,
THOMSON LEARNING INC., AND
THE MCGRAW-HILL COMPANIES, INC.,

    Plaintiffs,

 -against-       07 Civ.

MUSHFIQ SALEHEEN D/B/A BOOKS777
D/B/A BOOKDEALS777 D/B/A
BOOKS11111 D/B/A SHUVO123456
D/B/A BOOKS22222 and JOHN DOE
NOS. 1-5,

    Defendants.

- - - - - - - - - - - - - - - - - - -x



JUDGE KOELTL

07 CIV 4547

RECEIVED MAY 30 2007 U.S.D.C. S.D.N.Y. CASHIERS

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for The McGraw-Hill Companies, Inc. (a private, non-governmental party) certifies that no publicly-held corporation owns more than 10% of the stock of the said party.

DATE: 5/29/07

_____
SIGNATURE OF ATTORNEY