```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

PEARSON EDUCATION, INC.,              :
JOHN WILEY & SONS, INC.,
THOMSON LEARNING INC., AND            :
THE MCGRAW-HILL COMPANIES, INC.,
                                      :
                  Plaintiffs,
                                      :      07 Civ.
          -against-
                                      :
MUSHFIQ SALEHEEN D/B/A BOOKS777
D/B/A BOOKDEALS777 D/B/A              :
BOOKS11111 D/B/A SHUVO123456
D/B/A BOOKS22222 and JOHN DOE         :
NOS. 1-5,
                                      :
                  Defendants.
                                      :
- - - - - - - - - - - - - - - - - - -x
```

**JUDGE KOELTL**

**07 CIV 4547**



RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for John Wiley & Sons, Inc. (a private, non-governmental party) certifies that no publicly-held corporation owns more than 10% of the stock of the said party.

DATE: 5/29/07

_William Dunnegan_
SIGNATURE OF ATTORNEY