```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

PEARSON EDUCATION, INC.,            :
JOHN WILEY & SONS, INC.,
THOMSON LEARNING INC., AND          :
THE MCGRAW-HILL COMPANIES, INC.,
                                    :
                Plaintiffs,
                                    :
        -against-                         07 Civ. 4547(JGK)
                                    :
MUSHFIQ SALEHEEN D/B/A BOOKS777
D/B/A BOOKDEALS777 D/B/A            :
BOOKS11111 D/B/A SHUVO123456
D/B/A BOOKS22222 and JOHN DOE       :
NOS. 1-5,
                                    :
                Defendants.
                                    :
- - - - - - - - - - - - - - - - - x
```

PLAINTIFFS' <u>EX PARTE</u> APPLICATION FOR AN
ORDER ALLOWING SERVICE ON DEFENDANT MUSHFIQ SALEHEEN
BY E-MAIL AND AUTHORIZING THE ISSUANCE OF A SUBPOENA
TO DETERMINE THE IDENTITIES AND LOCATIONS OF DEFENDANTS

Plaintiffs hereby move pursuant to Rules 4(e)(1) and 26(d) of the Federal Rules of Civil Procedure for an order (i) allowing service by e-mail of the summons and complaint on defendant Mushfiq Saleheen in this action, and (ii) authorizing plaintiffs to serve a subpoena on Georgia Institute of Technology to determine the identities and locations of defendants Mushfiq Saleheen and John Does Nos. 1-5 in this action, which are presently unknown to plaintiffs.

The basis for this application is set forth in the accompanying declaration of William Dunnegan, sworn to August 2, 2007.

A proposed order is annexed.

Dated: New York, New York
August 2, 2007

        DUNNEGAN LLC

By /s/ William Dunnegan
   William Dunnegan (WD9316)
   Megan L. Martin (MM4396)
Attorneys for Plaintiffs
   Pearson Education, Inc.,
   John Wiley & Sons, Inc.,
   Thomson Learning Inc., and
   McGraw Hill Companies, Inc.
350 Fifth Avenue
New York, New York 10118
(212) 332-8300