UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NUMBER: 07 CV 4547

PEARSON EDUCTION, INC., JOHN WILEY &
SONS, INC., THOMSON LEARNING INC., AND
THE MCGRAW HILL COMPANIES, INC.

PLAINTIFFS,

VS

MUSHFIQ SALEHEEN D/B/A BOOKS777 D/B/A
BOOKDEALS777 D/B/A BOOKS1111 D/B/A
SHUVO123456 D/B/A BOOKS22222 AND JOHN
DOE NOS. 105,

DEFENDANTS.

### AFFIDAVIT OF DUE DILIGENCE

PERSONALLY APPEARED BEFORE ME, THE UNDERSIGNED OFFICER DULY AUTHORIZED TO ADMINISTER OATHS, ERIC WEST, WHO, FIRST BEING DULY SWORN, ON OATH DEPOSES AND STATES THAT HE IS A CITIZEN OF THE UNITED STATES AND 18 YEARS OF AGE OR OLDER AND IS A PARTY HAVING NO INTEREST IN THE ABOVE-STYLED CASE. AFFIANT FURTHER STATES THAT HE ATTEMPTED TO SERVE MUSHFIQ SALEHEEN @ 324794 GEORGIA TECH STATION ATLANTA, GEORGIA. THE ATTEMPTS TO SERVE WERE UNSUCCESSFUL BECAUSE:

1. I ATTEMPTED SERVICE JUNE 1, 2007. THE ADDRESS PROVIDED WAS ON THE CAMPUS OF GEORGIA TECH UNIVERSITY. I SPOKE TO THE DEAN'S OFFICE AND THEY WOULD NOT GIVE OUT ANY INFORMATION ON WHERE I COULD LOCATE MUSHFIQ SALEHEEN.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

THIS 5th DAY OF JUNE, 2007

PROCESS SERVER
MLQ ATTORNEY SERVICES

SUBSCRIBED AND SWORN TO
BEFORE ME THIS 5th DAY
OF June, 2007 AND NOTARIZED
BY ME ON THIS DATE.

NOTARY PUBLIC