UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

JOHN WILEY & SONS, INC.,            :

                                    :

               Plaintiff,
                                    :
       -against-                         05 Civ. 2575 (RO)
                                    :
ATHMANE EN NASSERI D/B/A
"SCIENCE_HELP",                     :

               Defendant.           :

- - - - - - - - - - - - - - - - x

ORDER ALLOWING SERVICE BY E-MAIL

Upon the application of plaintiff John Wiley & Sons, Inc., as set forth in the annexed declaration of William Dunnegan, dated March 28, 2005, for an order pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure allowing service by e-mail of the summons and complaint on defendant in this action, and good cause for that relief appearing, it is hereby

ORDERED, pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure, that plaintiff may serve the summons and complaint in this action upon defendant by e-mailing a copy of each, along with a copy of this order, in .pdf format to the e-mail address "science_half@yahoo.com" and it is further

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/05

ORDERED that service shall be deemed complete upon the filing of a declaration with the Clerk of the Court affirming that the e-mail has been sent in conformity with this order.

Dated: New York, New York
~~March~~ April 6, 2005

_____
U.S.D.J.

2