```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

PEARSON EDUCATION, INC.,              :
JOHN WILEY & SONS, INC.,
THOMSON LEARNING INC., AND            :
THE MCGRAW-HILL COMPANIES, INC.,
                                      :
                Plaintiffs,
                                      :
        -against-                         07 Civ. 4547(JGK)
                                      :
MUSHFIQ SALEHEEN D/B/A BOOKS777
D/B/A BOOKDEALS777 D/B/A              :
BOOKS11111 D/B/A SHUVO123456
D/B/A BOOKS22222 and JOHN DOE         :
NOS. 1-5,
                                      :
                Defendants.
                                      :
- - - - - - - - - - - - - - - - - -x
```

ORDER ALLOWING SERVICE BY E-MAIL AND SERVICE
OF A SUBPOENA TO ASCERTAIN THE IDENTITY
AND LOCATION OF DEFENDANTS

Upon the application of plaintiffs Pearson Education, Inc., John Wiley & Sons, Inc., Thomas Learning Inc. and The McGraw-Hill Companies, Inc., as set forth in the annexed declaration of William Dunnegan, dated August 2, 2007, for an order (i) pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure allowing service by e-mail of the summons and complaint on defendant Mushfiq Saleheen in this action, and (ii) pursuant to Rule 26(d) of the Federal Rules of Civil Procedure allowing service of a subpoena on the Georgia Institute of Technology to

ascertain the true identities and locations of defendants Mushfiq Saleheen and John Doe Nos. 1-5, and good cause for that relief appearing, it is hereby

ORDERED, pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, that plaintiff may serve the summons and complaint in this action upon defendant Mushfiq Saleheen by e-mailing a copy of each, along with a copy of this order, in .pdf format to the e-mail addresses books777@gmail.com, books111@gmail.com and bookdeal777@gmail.com; and it is further

ORDERED that service shall be deemed complete upon the filing of a declaration with the Clerk of the Court affirming that the e-mail has been sent in conformity with this order; and it is further

ORDERED, pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, that plaintiffs may serve a subpoena on the Georgia Institute of Technology to identify and locate defendants Mushfiq Saleheen and John Does Nos. 1-5 in this action.

Dated:  New York, New York
        August __, 2007

_____
U.S.D.J.