AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 9/26/07 |
| NAME OF SERVER (PRINT) Laura Scileppi | TITLE Associate |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☑ Returned unexecuted: 9/26/07 - e-mailed the summons, complaint, order allowing service by mail + e-mail, and Judge Rules to books777@gmail.com, books111@gmail.com and bookdeal777@gmail.com. Attached are copies of the sent email + nondelivery notices.

☑ Other (specify): 9/24/07 - Caused to be mailed the summons, complaint, order allowing service by mail + e-mail, and Judge Rules to defendant's last known address in an envelope marked "personal + confidential" with no indication that it was from an attorney.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/28/07
          Date

Signature of Server
Dunegan LLC
350 Fifth Avenue, NY, NY 10118
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

⚠ Attachments can contain viruses that may harm your computer. Attachments may not display correctly.

**Laura Scileppi**

| | | | |
|---|---|---|---|
| **From:** | Laura Scileppi | **Sent:** | Wed 9/26/2007 11:35 AM |
| **To:** | books777@gmail.com; books111@gmail.com; bookdeal777@gmail.com | | |
| **Cc:** | William Dunnegan | | |
| **Subject:** | Notice of Lawsuit, Pearson Learning v. Saleheen, 07 civ 4544 | | |
| **Attachments:** | 📄 complaint 07 civ 4547.pdf(511KB) 📄 Judge Koeltl rules and E-Filing.pdf(1MB) 📄 summons 07 civ 4547.pdf(33KB) 📄 07cv4547 Order.pdf(36KB) | | |

Dear Mr. Saleheen,

We are attorneys for plaintiffs in the action <u>Pearson Learning, Inc, et al. v. Saleheen d/b/a Books777</u>, 07 civ 4544 (JGK).

We are writing to inform you of the action filed against you. In the attached documents you will find .pdf copies of (1) the Complaint, (2) the Individual Rules of Judge Koeltl and E-Filing Instructions, (3) the Summons, and (4) the Order Allowing Service by E-mail.

Please have your attorney contact us with any questions.

Sincerely,

/Laura Scileppi/

(Candidate for the Bar)

Dunnegan LLC

250 Fifth Avenue

New York, NY

10118

(212) 332-8300

**Laura Scileppi**

⚠ Attachments can contain viruses that may harm your computer. Attachments may not display correctly.

**From:** System Administrator  
**Sent:** Wed 9/26/2007 11:36 AM  
**To:** Laura Scileppi  
**Subject:** Undeliverable: Notice of Lawsuit, Pearson Learning v. Saleheen, 07 civ 4544  
**Attachments:** 📄 Notice of Lawsuit, Pearson Learning v. Saleheen, 07 civ 4544(2MB)

Your message did not reach some or all of the intended recipients.

Subject: Notice of Lawsuit, Pearson Learning v. Saleheen, 07 civ 4544  
Sent:     9/26/2007 11:35 AM

The following recipient(s) could not be reached:

   books777@gmail.com on 9/26/2007 11:36 AM  
    The e-mail address could not be found. Perhaps the recipient moved to a different e-mail organization, or there was a mistake in the address. Check the address and try again.  
   <mail.mi8.com #5.1.0>

   books111@gmail.com on 9/26/2007 11:36 AM  
    The e-mail address could not be found. Perhaps the recipient moved to a different e-mail organization, or there was a mistake in the address. Check the address and try again.  
   <mail.mi8.com #5.1.0>

   bookdeal777@gmail.com on 9/26/2007 11:36 AM  
    The e-mail address could not be found. Perhaps the recipient moved to a different e-mail organization, or there was a mistake in the address. Check the address and try again.  
   <mail.mi8.com #5.1.0>