```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PEARSON EDUCATION, INC.,
                      Plaintiff(s)                              07 civ 4547 (JGK)

            -against-                                           ORDER OF DISCONTINUANCE

JOHN WILEY & SONS, INC, et al.,
                      Defendant(s).
------------------------------------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/2007

It having been reported to this Court that the parties have settled this action,

It is, on this **20th** day of **November, 2007**, hereby ordered that this matter be discontinued with prejudice but without costs; provided, however, that within **30** days of the date of this order, counsel for the plaintiff may apply by letter for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       November 20, 2007